# INCHARGE®
### DEBT SOLUTIONS

**Pre-Filing Credit Counseling Certificate**

Certificate No: 1334845A

Judicial District: Eastern district of North Carolina

I CERTIFY that ___Mya D Corbett___ completed an individual (or group) briefing from InCharge® Debt Solutions, Inc. pursuant to 11 U.S.C. §§ 109(h) and 111 by internet and telephone on 6/08/2022.

By: ___**Rose Poley**___
Education Counselor