Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−10293

IN THE MATTER OF:
Mya Deionshai Corbett      xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

　　Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 6/8/22 , and Pursuant to Bankruptcy Rule 1007 and/or Bankruptcy Rule 3015, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**

Notice of Crd & Pro Pln due 06/22/2022
Schedule A/B due 06/22/2022
Schedule G due 06/22/2022
Schedule H due 06/22/2022
Ch13 Income Form 122C−1 due 06/22/2022
Schedule I due 06/22/2022
Verification of Matrix due 06/22/2022
Schedule J due 06/22/2022
Stmt. of Fin. Affairs due 06/22/2022
Summary − Form B 106 due 06/22/2022
Exempt Property Claim due 06/22/2022
Dec. Con. Debtor's Schedules due 06/22/2022

**Date: 6/9/22**                                                              **OFFICE OF THE CLERK/ TR**