Form 259

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−10293

IN THE MATTER OF:
Mya Deionshai Corbett     xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

   Debtor(s)

## ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS

**IT APPEARING THAT** the debtor(s) filed an application for permission to pay the filing fee in this case in installments; that the filing fee for Chapter 13 is **$313** ; that the debtor(s) has paid $ 0.00 of this amount, leaving a balance due to be paid in the amount of $ 313.00 ; and after consideration of the application by the Court and for sufficient reasons appearing,

**IT IS ORDERED** that the debtor(s) pay the balance of the filing fee to the Office of the Clerk in the amount of $ 313.00 , as follows:

$ 100.00 on or before 7/8/22 ; and

$ 100.00 on or before 8/8/22 ; and

$ 113.00 on or before 9/8/22

**Payments made by mail must be directed to the Court in Greensboro at the address listed below, in the form of cashier's check or money order, made payable to "Clerk, U.S. Bankruptcy Court."**

**United States Bankruptcy Court**
**Middle District of North Carolina**
**PO Box 26100**
**Greensboro, NC 27402**

**IT IS FURTHER ORDERED** that failure by the debtor(s) to pay the fee as provided in this order may result in the dismissal of this case with a 180−day bar to re−filing pursuant to § 109 (g) (1) of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that if any installment payment required under this order is not paid by the date on which the installment was due, this case shall be calendared for a dismissal hearing at which the Debtor(s) shall be required to show cause why this case should not be dismissed.

Dated: 6/9/22

Benjamin A. Kahn
United States Bankruptcy Judge