United States Bankruptcy Court
Middle District of North Carolina

In re:  Case No. 22-10293-bak
Mya Deionshai Corbett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0418-2  User: admin  Page 1 of 1
Date Rcvd: Jun 09, 2022  Form ID: 259  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mya Deionshai Corbett, 1183 University Dr, #105227, Burlington, NC 27215-8303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: bancm_ecf@ncmba.uscourts.gov | Jun 09 2022 17:57:00 | William P. Miller, Bankruptcy Administrator, 101 South Edgeworth Street, Greensboro, NC 27401-6024 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |

TOTAL: 1

Form 259

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−10293

IN THE MATTER OF:
Mya Deionshai Corbett    xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

Debtor(s)

## ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS

**IT APPEARING THAT** the debtor(s) filed an application for permission to pay the filing fee in this case in installments; that the filing fee for Chapter 13 is **$313** ; that the debtor(s) has paid $ 0.00 of this amount, leaving a balance due to be paid in the amount of $ 313.00 ; and after consideration of the application by the Court and for sufficient reasons appearing,

**IT IS ORDERED** that the debtor(s) pay the balance of the filing fee to the Office of the Clerk in the amount of $ 313.00 , as follows:

$ 100.00 on or before 7/8/22 ; and

$ 100.00 on or before 8/8/22 ; and

$ 113.00 on or before 9/8/22

**Payments made by mail must be directed to the Court in Greensboro at the address listed below, in the form of cashier's check or money order, made payable to "Clerk, U.S. Bankruptcy Court."**

**United States Bankruptcy Court**
**Middle District of North Carolina**
**PO Box 26100**
**Greensboro, NC 27402**

**IT IS FURTHER ORDERED** that failure by the debtor(s) to pay the fee as provided in this order may result in the dismissal of this case with a 180−day bar to re−filing pursuant to § 109 (g) (1) of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that if any installment payment required under this order is not paid by the date on which the installment was due, this case shall be calendared for a dismissal hearing at which the Debtor(s) shall be required to show cause why this case should not be dismissed.

Dated: 6/9/22

Benjamin A. Kahn
United States Bankruptcy Judge