United States Bankruptcy Court
Middle District of North Carolina

In re:  
Mya Deionshai Corbett  
    Debtor

Case No. 22-10293-bak  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-2     User: admin     Page 1 of 1  
Date Rcvd: Jun 09, 2022     Form ID: 270     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mya Deionshai Corbett, 1183 University Dr, #105227, Burlington, NC 27215-8303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: bancm_ecf@ncmba.uscourts.gov | Jun 09 2022 17:57:00 | William P. Miller, Bankruptcy Administrator, 101 South Edgeworth Street, Greensboro, NC 27401-6024 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |

TOTAL: 1

Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−10293

IN THE MATTER OF:
Mya Deionshai Corbett     xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 6/8/22 , and Pursuant to Bankruptcy Rule 1007 and/or Bankruptcy Rule 3015, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 06/22/2022
Schedule A/B due 06/22/2022
Schedule G due 06/22/2022
Schedule H due 06/22/2022
Ch13 Income Form 122C−1 due 06/22/2022
Schedule I due 06/22/2022
Verification of Matrix due 06/22/2022
Schedule J due 06/22/2022
Stmt. of Fin. Affairs due 06/22/2022
Summary − Form B 106 due 06/22/2022
Exempt Property Claim due 06/22/2022
Dec. Con. Debtor's Schedules due 06/22/2022

**Date: 6/9/22**                                                                 OFFICE OF THE CLERK/ TR