United States Bankruptcy Court
Middle District of North Carolina

In re:  Case No. 22-10293-bak
Mya Deionshai Corbett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0418-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: 285 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mya Deionshai Corbett, 1183 University Dr, #105227, Burlington, NC 27215-8303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |

TOTAL: 1

Form 285

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−10293

IN THE MATTER OF:
Mya Deionshai Corbett     xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

Debtor(s)

## NOTICE OF APPOINTMENT OF TRUSTEE AND MEETING OF CREDITORS

DATE FILED: 6/8/22
CREDITORS MEETING DATE: 7/11/22
**TAKE NOTICE** that Anita Jo Kinlaw Troxler is appointed Trustee; and take further

**NOTICE** that, pursuant to Standing Order of this Court, the Debtor, within four (4) days after receipt of this notice shall contact the Trustee's Office,

*Greensboro Chapter 13 Office*
*500 W. Friendly Ave.*
*P.O. Box 1720*
*Greensboro, NC 27402−1720*

at (336) 378−9164 for an interview appointment. Pursuant to 11 U.S.C. Section 1326 the Debtor shall commence making the payments proposed by the plan within 30 days after the plan is filed; and take further

**NOTICE** that the Meeting of Creditors pursuant to Section 341 (a) of the Bankruptcy Code herein be held in:

*Creditors Meeting Room*
*First Floor*
*101 South Edgeworth St.*
*Greensboro NC 27401*

on the date hereinabove noted at 01:30 PM; and take further

**NOTICE** that the Debtor shall appear at the time and place appointed for the meeting of creditors for the purpose of being examined as provided by the Bankruptcy Code; and take further

**NOTICE** that after the conclusion of the Meeting of Creditors, all parties in interest and creditors will be notified of the deadline for filing objections to confirmation of the plan and the time, date and place of the hearing on any timely filed objections; and take further

**NOTICE** that pursuant to the Standing Order of this Court, the Debtor must maintain adequate collision insurance on any and all vehicles which are subject to lien and owned by the Debtor. In the event the Debtor fails to do so, the Trustee is authorized to direct that the vehicle be stored until evidence of proper insurance coverage is submitted; and take further notice that the Debtor may not incur additional debts nor transfer assets without authorization from the Trustee or the Court.

**Date: 6/9/22**                                                   **U.S. Bankruptcy Court**

**cc: Debtor(s)**
    **Attorney for Debtor(s)**                                    **OFFICE OF THE CLERK/**
    **Standing Trustee**