**Fill in this information to identify your case:**

Debtor 1: Mya Deionshai Corbett
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Middle District of NC

Case number (If known): 22-10293

☒ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Oaktree Finance LLC
Creditor's Name
520 Arbor Hill Rd
Number   Street
Kernersville NC 27284
City   State   ZIP Code

Describe the property that secures the claim: 2011 Dodge Charger

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$16,212.00   $3000.00   $13212.00

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number 3 1 1 7

**2.2** Towriffic Towing Recovery
Creditor's Name
1413 B N. Arendell Ave
Number   Street
Zebulon NC 27597
City   State   ZIP Code

Describe the property that secures the claim: 2011 Dodge Charger

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$1800.00   $_____   $_____

Plus $50/day storage repossession

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 6/8/22   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $18012.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor 1  __Mya__ __D__ __Corbett__
        First Name   Middle Name   Last Name

Case number (if known) __22-10293__

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

☐ Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code

Describe the property that secures the claim: $_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

☐ Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code

Describe the property that secures the claim: $_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

☐ Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code

Describe the property that secures the claim: $_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $__16,212.00__

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page __2__ of __3__

Debtor 1 __Mya__ __D__ __Corbett__
     First Name   Middle Name   Last Name

Case number (if known) __22-10293__

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[X] Name: Towriffic Towing & Recovery
Number Street: 1413 N Arendell Ave
City: Zebulon  State: NC  ZIP Code: 27597

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number __n/a__
acted on behalf Oaktree Finance

[ ] Name: Towriffic Tow
Number Street: 643 Three Sistas Road
City: Knightdale  State: NC  ZIP Code: 27545

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___ ___ ___ ___

[ ] Name: 
Number Street: 
City:   State:   ZIP Code: 

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

[ ] Name: 
Number Street: 
City:   State:   ZIP Code: 

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

[ ] Name: 
Number Street: 
City:   State:   ZIP Code: 

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

[ ] Name: 
Number Street: 
City:   State:   ZIP Code: 

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D     Part 2 of Schedule D: Creditors Who Have Claims Secured by Property     page 3 of 4