MYA CORBETT

CASE NO 22-10293

---

Emergency Filing

Auto Repossession

Creditor

Towriffic Towing
1413 B N. Arendell Ave
Zebulon NC 27597

Oaktree Finance LLC
520 Arbor Hill Rd
Kernersville NC 27284

Towriffic Towing and Recovery
643 Three Sisters Road
Knightdale NC 27545