Form 149

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 22−10293

IN THE MATTER OF:
Mya Deionshai Corbett    xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

Debtor(s)

## NOTICE OF DEFICIENCY REGARDING CERTIFICATE OF SERVICE

An Initial Statement About an Eviction Judgment was filed in the above−captioned case on June 15, 2022.

The following deficiency has been noted regarding service on the above referenced document(s)

**\*No certificate of service has been filed or certificate of service is incomplete.**

Dated: 6/17/22                                                                                                OFFICE OF THE CLERK/TR