Form 001

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | |
|---|---|
| Debtor 1: Mya Deionshai Corbett | Social Security number or ITIN: xxx–xx–3117<br>EIN: _ _–_ _ _ _ _ _ _ |
| 1183 University Dr<br>#105227<br>Burlington, NC 27215 | Date case filed for chapter: 13    6/8/22 |
| Case number: 22–10293 | |

## NOTICE OF HEARING

The debtor(s) in this case have failed to pay the filing fee in accordance with the prior order of the court granting the application to be allowed to pay the filing fee in installments, a hearing will be held on

Date: **Tuesday, August 9, 2022**
Time: **02:00 PM**
Location: **Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401**

for a determination as to whether this case should be dismissed for failure to pay the filing fee and whether there should be a 180–day bar to refiling pursuant to §109 (g)(1) of the Bankruptcy Code.

**Dated: 7/11/22**                                                                                                OFFICE OF THE CLERK/cph

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.