Form 253

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Mya Deionshai Corbett | Social Security number or ITIN: xxx–xx–3117<br>EIN: _ _ – _ _ _ _ _ _ _ |
| | 1183 University Dr<br>#105227<br>Burlington, NC 27215 | Date case filed for chapter:   13   6/8/22 |
| Case number: | 22–10293 | |

## DISMISSAL ORDER CHAPTER 13

After notice and hearing in open Court, upon Motion to Dismiss by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court granted the Motion to Dismiss; therefore, it is

**ORDERED** that the case is dismissed prior to confirmation; and it is further

**ORDERED** that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $1.00 per notice plus $125.00 to credit toward expenses.

Dated: 7/27/22

Benjamin A. Kahn
United States Bankruptcy Judge