Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  22−10293

IN THE MATTER OF:
Mya Deionshai Corbett      xxx−xx−3117
1183 University Dr
#105227
Burlington, NC 27215

   Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 7/27/22

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 7/27/22                                                                   OFFICE OF THE CLERK/ kwc