United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 22-10293-bak |
| Mya Deionshai Corbett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0418-2　　　　User: admin　　　　Page 1 of 2
Date Rcvd: Nov 15, 2022　　　Form ID: 154　　　　Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol　Definition**

\+ 　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mya Deionshai Corbett, 1183 University Dr, #105227, Burlington, NC 27215-8303 |
| 786245225 | + | Oaktree Finance LLC, 520 Harbor HIll Rd, Ste A, Kernersville, NC 27284-3346 |
| 786246830 | + | Oaktree Finance LLC, 520 Arbor Hill Rd, Kernersville NC 27284-3346 |
| 786246829 | + | Towriffic Towing, 1413 B N. Arendell Ave, Zebulon NC 27597-8735 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: bancm_ecf@ncmba.uscourts.gov | Nov 15 2022 08:21:00 | William P. Miller, Bankruptcy Administrator, 101 South Edgeworth Street, Greensboro, NC 27401-6024 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Oak City Law, LLP&record_sep;Robert E Fields III&r |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler, | |

| District/off: 0418-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 154 | Total Noticed: 5 |

office@chapter13gboro.com  office5@chapter13gboro.com

David Walker, II

on behalf of Defendant Oaktree Finance LLC steven@walkerkiger.com

M. Shane Perry

on behalf of Plaintiff Mya Deionshai Corbett shane@collumperry.com

M. Shane Perry

on behalf of Debtor Mya Deionshai Corbett shane@collumperry.com

Samuel Pinero, II

on behalf of Defendant Towriffic Towing & Recovery sam.pinero@oakcitylaw.com

TOTAL: 5

Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | |
|---|---|
| Debtor 1: Mya Deionshai Corbett | Social Security number or ITIN: xxx–xx–3117<br>EIN: __–_____ |
| 1183 University Dr<br>#105227<br>Burlington, NC 27215 | Date case filed for chapter: 13   6/8/22 |
| Case number: 22–10293 | |

**NOTICE OF HEARING**
**TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**TAKE NOTICE THAT** a hearing will be held to consider and act upon the following:

*Motion For Sanctions against Oak Tree Finance, LLC, Towriffic Towing and Recovery, and Charles Bullock for Violation of the Automatic Stay.*

| Hearing Details: | |
|---|---|
| Hearing Date: | 12/6/22 |
| Hearing Time: | 02:00 PM |
| Hearing Location: | Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 11/14/22                                                                 OFFICE OF THE CLERK/TR

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.