UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MYA DEIONSHAI CORBETT. | ) | Case No. 22-10293 |
| Debtor. | ) | |
| | ) | DECLARATION UNDER PENALTY OF |
| | ) | PERJURY OF CHARLES V. BULLOCK JR |
| | ) | |
| | ) | |

I, Charles V. Bullock Jr. declare under penalty of perjury pursuant to 28 US Code §1746 based upon my own personal knowledge as follows:

1. My name is Charles V. Bullock Jr. I am also known as JR Bullock. I own and operate Towriffic Towing & Recovery. I am over the age or 18 and otherwise competent to provide this declaration.

2. On June 8, 2022, I repossessed a pink 2011 Dodge Charger at the request of Oaktree Finance, LLC. The vehicle was titled to Mya Deionshai Corbett. The vehicle was located at Black Tire in Apex, NC.

3. At 7:54 am on June 8, 2022, I paid the Black Tire bill by credit card and took possession of the vehicle immediately thereafter just before 8:00 am. Attached is a copy of the receipt.

4. I immediately towed the vehicle to the Towriffic garage, and it has remained in storage there since that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this the ____ day of December, 2022.

_____
Charles V. Bullock Jr.

12-3-22

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Declaration of Charles V. Bullock, was served electronically through the CM/ECF system to all parties of record.

This the 5th day of December, 2022.

OAK CITY LAW, LLP

/s/ Samuel Piñero II
Robert E. Fields III, NC Bar 12946
Samuel Piñero II, NC Bar 38428
1530 N. Gregson Street, Suite 3E
Durham, North Carolina 27701
Email: rob.fields@OakCityLaw.com
Phone: (919) 899-9655
Counsel for Defendant Towriffic Towing & Recovery

Exhibit - Declaration

# BLACK'S TIRE & Auto Service

ORIGINAL INVOICE 39 0031449

feedback@blackstire.com  Store Phone: 919-380-7440
bts39@blackstire.com  Store Fax:
www.blackstire.com  Billing Phone: 910-642-4123
facebook.com/blackstire  tweet us @blackstire

Remittance to: PO Box 919, Whiteville, NC 28472

Black's Tire & Auto Service
904 Hwy 64 West
Apex NC 27523

Customer No: 1
MYA CORBETT
1183 UNIVERSITY DR
105227
BURLINGTON NC 27215

Deliver To:

Phone: 3365676541 Cell: 3365676541

Page 1 of 1

| | | |
|---|---|---|
| Date: 7:54a @ 06/08/22 | Other Reference | License: JBA4969NC |
| Salesperson: TALON D LYNCH | Planner ID: 32238 | VIN: 2B3CL5CT2BH514228 |
| | Mileage: 186582 | Unit: |
| Purchase Order: | Vehicle: 2011 DODGE Charger R/T | |

| Tech | Product | Description | Qty | Ex FET | FET | Price | Amount |
|---|---|---|---|---|---|---|---|
| | W/ORDER: 031635 | | | | | | |
| | | REPLACE BOTH REAR TIRES. | | | | | |
| 3907 | /BAL35 | WHEEL BALANCE 35 SERIES & LESS | 2.00 | 22.99 | 0.00 | 22.99 | 45.98 |
| | | CUST PURCHASED BRH 10/22/2021 INVOICE NUMBER 63-0009907 | | | | | |
| | | UNABLE TO LOCATE SAME TIRE. | | | | | |
| 3907 | /OSL | OUTSIDE LABOR | 1.00 | 229.00 | 0.00 | 229.00 | 229.00 |
| | | TIRES ON PLANNER ID 39-32468 | | | | | |
| 3907 | -OPTIRE | FALK 265/35R22 | 2 | 181.89 | 0.00 | 181.89 | 363.78 |
| DOT | 0220(x2) | | | | | | |
| | | NC TIRE TAX 2% < 20" | | | | | 7.28 |
| | | NO ROAD HAZARD ON THIS TYPE OF TIRE | | | | | |
| | +SHOPSUPPLIES | SHOP SUPPLIES | 1 | 3.22 | 0.00 | 3.22 | 3.22 |

| Payment Method | Card Holder | Number | Amount |
|---|---|---|---|
| Credit Card  Visa | J R BULLOCK | | 695.79 |

ACCOUNT: XXXXXXXXXX5611, ACCOUNTTYPE: Visa, AMOUNT: 695.79, AUTHCODE: 536355, AVSRESULT: G,
BATCHNUMBER: 1934, ENTRYMETHOD: C, MERCHANTID: XXXXXXXX2149, MERCHANTORDERNUMBER: 00021998, NAME: J R
BULLOCK, ORDERID: 1534375578, TERMID: 0202, TIMESTAMP: 06/08/2022 7:53:47 AM, TRANSACTIONID: 1861107884,
TRANSACTIONRESULT: APPROVED, TRANSACTIONTYPE: SALE

AID: A0000000980840, APPLABEL: US DEBIT, ARC: 00, ARQC: 14B4A02A95081174, CVM: P, IAD: 06010A03A06000,
TSI: 6800, TVR: 8080088000

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL
Delivery of the above property is accepted upon the express agreement that the title thereto shall remain in seller until entire purchase price is paid upon the terms above set out. Failure of the purchaser to make any payment on due date shall cause entire balance then due to become immediately due and payable, and seller may repossess property without legal process. Demand for possession is hereby waived, and seller shall not be liable in any suit for such repossession; all payments made by purchaser prior to default shall forfeit and considered as rental for the use of the above property. Legal expenses incurred as a result will be the responsibility of the purchaser. A service charge of 1.5% per month (18% annual rate) will be added to past due balance. With a minimum of .75 per month.
ALL RETURNS SUBJECT TO A 5% RE-STOCKING FEE. SPECIAL SALE ITEMS ARE NOT-RETURNABLE.

| | | |
|---|---|---|
| Subtotal: 649.26 | Sales Tax: 46.53 | |
| **TOTAL $** | | **695.79** |
| | PAID BY: Visa : 695.79 | |

Signed Acceptance:

Total Weight 0.00 lbs