UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: MYA DEIONSHAI CORBETT, | ) | CASE NO. 22-10293 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | **ORDER DENYING MOTION FOR** |
| | ) | **SANCTIONS** |
| | ) | |

    THIS MATTER having come before the Court on Debtor Mya Deionshai Corbett's Motion for Sanctions, at a duly scheduled hearing on January 11, 2023 at 11:00 am, all parties being represented by appearing counsel, and having considered the evidence presented and arguments of counsel for Debtor, and for the reasons stated on the record in open court, the Court finds and concludes that the Debtor's Motion for Sanctions should be DENIED.

So Ordered, this the 13 day of January, 2023.

<u>PARTIES TO BE SERVED</u>

M. Shane Perry
Counsel for Debtor, Mya Deionshai Corbett (via CM/ECF)

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Samuel Pinero/Robert E. Fields III
Counsel for Towriffic Towing (via CM/ECF)

David "Steven" Walker II
Counsel for Oak Tree Finance, LLC (via CM/ECF)

**END OF DOCUMENT**