United States Bankruptcy Court
Middle District of North Carolina

In re:  Case No. 22-10293-bak
Mya Deionshai Corbett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0418-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: pdf014 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 786250913 | + David Stevenson Walker II, Walker Kiger PLLC, 100 Professional Ct Suite 102, Garner, NC 27529-7971 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: bancm_ecf@ncmba.uscourts.gov | Jan 13 2023 18:11:00 | William P. Miller, Bankruptcy Administrator, 101 South Edgeworth Street, Greensboro, NC 27401-6024 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |
| David Walker, II | on behalf of Defendant Oaktree Finance LLC steven@walkerkiger.com |
| M. Shane Perry | on behalf of Debtor Mya Deionshai Corbett shane@collumperry.com |

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf014 | Total Noticed: 2 |

M. Shane Perry
    on behalf of Plaintiff Mya Deionshai Corbett shane@collumperry.com

Samuel Pinero, II
    on behalf of Defendant Towriffic Towing & Recovery sam.pinero@oakcitylaw.com

Samuel Pinero, II
    on behalf of Creditor Towrrific Towing & Recovery sam.pinero@oakcitylaw.com

TOTAL: 6

**SO ORDERED.**

**SIGNED this 13th day of January, 2023.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: MYA DEIONSHAI CORBETT, | ) | CASE NO. 22-10293 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | **ORDER DENYING MOTION FOR** |
| | ) | **SANCTIONS** |
| | ) | |

THIS MATTER having come before the Court on Debtor Mya Deionshai Corbett's Motion for Sanctions, at a duly scheduled hearing on January 11, 2023 at 11:00 am, all parties being represented by appearing counsel, and having considered the evidence presented and arguments of counsel for Debtor, and for the reasons stated on the record in open court, the Court finds and concludes that the Debtor's Motion for Sanctions should be DENIED.

So Ordered, this the 13 day of January, 2023.

PARTIES TO BE SERVED

M. Shane Perry
Counsel for Debtor, Mya Deionshai Corbett (via CM/ECF)

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Samuel Pinero/Robert E. Fields III
Counsel for Towriffic Towing (via CM/ECF)

David "Steven" Walker II
Counsel for Oak Tree Finance, LLC (via CM/ECF)

**END OF DOCUMENT**